IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ANGEL MARTE, )
 )
 Plaintiff, )
 )
v. ) CV 317-012
 )
COLE PEPPER, Correctional Officer; )
STACEY N. STONE, Warden; )
STACY GILES, Health Services )
Administrator; and, KATRINA BLACK, )
Physician Assistant, )
 )
 Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 9.) The Magistrate Judge recommended dismissal of Plaintiff's claim against Defendant Pepper because it is time-barred. As to the remaining Defendants, the Magistrate Judge determined that monetary damages are unavailable in this Bivens action, and that Plaintiff's allegations fail to state a claim upon which relief can be granted. None of Plaintiff's objections to the recommendation for the ultimate dismissal of the case have merit, but two objections warrant further comment.

First, the Magistrate Judge found that the claim against Defendant Pepper was time-barred because the claim arose in November 2013, and Plaintiff did not file his complaint until February 2017. (Doc. no. 7, pp. 4-5.) Plaintiff's tolling argument concerning

exhaustion of administrative remedies does not save this claim because, as the grievances attached to the complaint show, Plaintiff did not begin the grievance process until December 2016. (Doc. no. 1, pp. 20-27.) As Plaintiff did not begin the grievance process until well past the two-year statute of limitations for any claim against Defendant Pepper expired, there is no merit to his tolling objection.

Second, Plaintiff argues that if monetary damages are not available in a Bivens case, the Magistrate Judge should have construed the complaint as asserting a claim for monetary damages under the Federal Tort Claims Act (FTCA). (Doc. no. 9, pp. 2-3.) As the Magistrate Judge recognized, however, giving a *pro se* complaint a liberal construction does not authorize the Court to re-write the complaint. (Doc. no. 7, p. 4 (collecting cases).) Moreover, even now, Plaintiff does not explain how his case falls under the FTCA, let alone that he meets all the filing requirements for bringing such a claim in federal court. See, e.g., Levin v. United States, 568 U.S. -, 133 S. Ct. 1224, 1228-30 (2013) (discussing various provisions and pleading requirements associated with FTCA claims); Zelaya v. United States, 781 F.3d 1315, 1321-25 (11th Cir. 2015) (same).

Accordingly, the Court **OVERRULES** all of Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 18th day of May, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

2